[L. A. No. 4659.   In Bank.—April 10, 1916.]

J. H. MILLER, Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents; OSCAR SHIELD, Applicant.

WORKMEN'S COMPENSATION ACT—PAYMENT OF COMPENSATION—PROCEEDING BEFORE COMMISSION—STATUTE OF LIMITATIONS.—Under section 16 of the Workmen's Compensation Act, where an employer has paid his employee compensation on account of his injury, a proceeding by the employee before the Industrial Accident Commission for an adjustment of his claim must be commenced within six months after the date on which the money was actually paid, unless there is some agreement for payment of compensation.

On February 24, 1915, one Oscar Shield, an employee of the petitioner, was injured in the course of his employment, and the petitioner, on the twenty-seventh day of February, and on the second day of March, 1915, paid him compensation. On September 13, 1915, the said Oscar Shield filed his application before the Industrial Accident Commission for an adjustment of his claim, to which the petitioner filed an answer setting up the defense that the proceeding was barred by the statute of limitations contained in section 16 of the Workmen's Compensation, Safety, and Insurance Act. (Stats. 1913, p. 279; Stats. 1915, pp. 1079, 1302.) The commission made an award in favor of said employee, commanding the petitioner to pay him certain compensation. The present proceeding is an application in *certiorari* to review such award.

Karl L. Ratzer, for Petitioner.

C. M. Bradley, for Respondents.

ANGELLOTTI, C. J., from the Bench.—The court is unanimously of the view that when the statute speaks of the date of the last payment it means the date on which the money is actually paid. The proceeding before the commission must be commenced within six months thereafter, unless there is some agreement for payment of compensation. (Industrial Compensation Act, sec. 16.)

The award of the commission is annulled.